AMY HAVEY *v.* RED CROSS BLOOD SERVICES ET AL.
(5048)

DUPONT, C. J., HULL and SPALLONE, Js.

Submitted on briefs January 16—decision released January 20, 1987

*Igor I. Sikorsky, Jr.,* filed a brief for the appellant (plaintiff).

*Robert A. White* and *Dina Plapler* filed a brief for the appellee (named defendant).

PER CURIAM. The sole question presented to us is whether, when an appeal is taken from a ruling of an administrative agency, the appellant's service upon the hearing officer instead of the commissioner of the agency invokes the jurisdiction of the Superior Court. The answer is no. See *Board of Education* v. *Department of Education,* 198 Conn. 445, 449–50, 503 A.2d 1147 (1986); *Village Creek Homeowners Assn.* v. *Public Utilities Commission,* 148 Conn. 336, 339, 170 A.2d 732 (1961); *Atkins* v. *Bridgeport Hydraulic Co.,* 5 Conn. App. 643, 645, 501 A.2d 1223 (1985); *Catholic Family & Community Services* v. *Commission on Human Rights & Opportunities,* 3 Conn. App. 464, 465, 489 A.2d 408 (1985); *Newtown* v. *Department of Public Utility Control,* 3 Conn. App. 416, 419, 488 A.2d 1286 (1985); *Daniels* v. *New Haven Police Department,* 3 Conn. App. 97, 99, 485 A.2d 579 (1985).

There is no error.